JS-6

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HERBERT MAURICIO ACOSTA,<br>Petitioner,<br>v.<br>SENIOR WARDEN, ADELANTO DETENTION FACILITY, et al.<br>Respondents. | Case No. 5:26-cv-03334-VBF-MBK<br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge, IT IS ADJUDGED that the petition for writ of habeas corpus is DENIED and this action is dismissed with prejudice.

Dated: September 14, 2026

Valerie Baker Fairbank

Hon. VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE